**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
KEVIN YAN LUIS, on behalf of himself           Case No.: 1:23-cv-09624-JGLC
and all others similarly situated,
      Plaintiff,           **NOTICE OF VOLUNTARY**
          **DISMISSAL WITH PREJUDICE**
          **WITHOUT COSTS**

    -against-

SWAG.COM, LLC
      Defendant.
------------------------------------------------------------x

  **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
    May 6, 2024

                    Respectfully Submitted,

                    */s/ Noor A. Saab, Esq.*
                    *Attorney for Plaintiff*
                    **The Law Office of Noor A. Saab**
                    380 North Broadway, Penthouse West
                    Jericho, New York 11753
                    Tel: 718-740-5060
                    Email: noorasaablaw@gmail.com